# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL RODRIGUEZ VASQUEZ,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Case No. CV 16-6179 FMO<br>Case No. CR 07-0011 FMO (#8)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 25th day of October, 2016.

/s/
Fernando M. Olguin
United States District Judge